382 A.2d 751

Commonwealth v. Lewis, Appellant.

Submitted March 30, 1977. Mitchell S. Lipschutz, for appellant; Arthur Lee Dixon, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.